No. 82–5577.   TUBWELL *v.* HARGETT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 82–5578.   THOMAS *v.* MANSON.   C. A. 2d Cir.   Certiorari denied.

No. 82–5581.   SELLNER *v.* PRINCE GEORGE'S COUNTY, MARYLAND, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–5582.   CANDELARIA *v.* QUINLAN, CORRECTIONAL OFFICER, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–5584.   CURTIS *v.* CAMPBELL-TAGGART, INC., ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–5586.   BRADLEY *v.* CITY OF BERKELEY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–5594.   SINGER *v.* TELE-FEATURES, INC.   C. A. 9th Cir.   Certiorari denied.

No. 82–5596.   SOTO *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–5599.   CLARK ET AL. *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 82–5602.   JENKINS *v.* OREGON DEPARTMENT OF ADULT AND FAMILY SERVICES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–5603.   HOLSEY *v.* KELLER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–5604.   WILSON *v.* WHITE.   C. A. 4th Cir.   Certiorari denied.